UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
1199 SEIU UNITED HEALTHCARE WORKERS
EAST,

                              Plaintiff,

       v.

SPLIT ROCK REHABILITATION
AND HEALTH CARE CENTER,

                            Defendant.
------------------------------------------------------------------X

**RULE 7.1 STATEMENT**

Case No. CV-07-8652(PAC)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Split Rock Rehabilitation and Health Care Center LLC certifies that it is a privately held company, and that it does not have any corporate parents, subsidiaries, or affiliates which are publicly held.

Dated at Jericho, New York
This 5th day of November, 2007

                                              Clifford P. Chaiet (CC0609)
                                              Naness, Chaiet & Naness, LLC
                                              Attorneys for Defendant
                                              375 North Broadway, Suite 208
                                              Jericho, New York 11753
                                              (516) 827-4300