UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
1199 SEIU UNITED HEALTHCARE WORKERS EAST

                                Plaintiff,

      v.

SPLIT ROCK REHABILITATION
AND HEALTH CARE CENTER,

                                Defendant.
------------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

Case No. CV-07-8652(PAC)

STATE OF NEW YORK }
                     } s.s.:
COUNTY OF NASSAU }

      The undersigned, being duly sworn deposes and says:

      Deponent is over the age of 18 years, not a party to this action, and is employed by the law firm of Naness, Chaiet & Naness, LLC. That on the 5th day of November, 2007, deponent served the following documents:

      Answer of Defendant Split Rock Rehabilitation and Health Care Center

on the person(s) hereinafter named, by depositing a true copy (copies) thereof, enclosed in a postage paid, properly addressed wrapper in an official depository under the exclusive care of the United States Postal Service within the State of New York.

To:    Lowell Peterson, Esq.
        Meyer, Suozzi, English & Klein, P.C.
        Attorneys for Plaintiff
        1350 Broadway, Suite 501
        New York, New York 10016

                                                  *Maura Celentano*
                                                  Maura Celentano

Sworn to before me this
5th day of November, 2007

CLIFFORD P. CHAIET
Notary Public, State of New York
No. 4517071
Qualified in Westchester County
Commission Expires November 30, 2010