```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 2 0 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

1199 SEIU United Healthcare Workers East.,     :

           Plaintiff,     :     1: 07 Civ. 8652 (PAC)

- against -     :     **ORDER OF DISCONTINUANCE**

Split Rock Rehabilitation and Health Care Center.,     :

           Defendant.     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

HONORABLE PAUL A. CROTTY, United States District Judge:

The Court having been advised that all claims asserted herein have been settled, it is,

**ORDERED**, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within thirty (30) days of the date hereof. The Court will sign a stipulation of dismissal upon receipt from either party. In light of the settlement, the November 20, 2007 Initial Pretrial Conference is cancelled.

SO ORDERED

*[signature]*
PAUL A. CROTTY
United States District Judge

Dated:    New York, New York
           November 20, 2007